FILED
 2005 May-26  PM 01:16
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| STANLEY EUGENE PERMENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARION COUNTY CIRCUIT COURT, )<br>*et al.*, )<br>)<br>Defendants. ) | Case No. 7:04-cv-01267-LSC-HGD |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 14, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that the court decline to exercise supplemental jurisdiction over the plaintiff's state law claims. The plaintiff filed objections to the report and recommendation on April 27, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be

dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff's state law claims are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

Done this 26th day of May 2005.

                                                L. SCOTT COOGLER  
                                 UNITED STATES DISTRICT JUDGE  
                                                 124153